```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JESUS TREVINO                                              PLAINTIFF

        v.           Civil No. 09-5143

BENTON COUNTY, ARKANSAS;
INVESTIGATOR COREY COGGIN;
DEPUTY TRAVIS NEWELL;
INVESTIGATOR NATHAN ATCHISON;
and INVESTIGATOR SHEYLA
FERNANDEZ                                                  DEFENDANTS

## O R D E R

Now on this 28th day of March, 2011, comes on for consideration defendants' **Motion For Summary Judgment** (document #22) and the **Report And Recommendation Of The Magistrate Judge** (document #68), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #22) is **denied**.

IT IS SO ORDERED.

            /s/ Jimm Larry Hendren
            JIMM LARRY HENDREN
            UNITED STATES DISTRICT JUDGE